25cr 215 ECT/DLM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL BENJAMIN THOMPSON,

Defendant.

**INDICTMENT**

18 U.S.C. § 2251
18 U.S.C. § 2422(b)
18 U.S.C. § 2253
18 U.S.C. § 2428
21 U.S.C. § 853(p)

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
**(Production and Attempted Production of Child Pornography)**

On or about January 30, 2025, in the State and District of Minnesota, the defendant,

**MICHAEL BENJAMIN THOMPSON,**

attempted to and did employ, use, persuade, induce, and entice Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in interstate and foreign commerce, and which visual depiction was actually transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, namely, the following file:

SCANNED
MAY 28 2025
U.S. DISTRICT COURT MPLS

| FILE NAME | DESCRIPTION OF FILE |
|---|---|
| AEA2AB16-2DA7-4771-97F1-C3BD6D910992.MP4 | A video file approximately 18 seconds long that depicts Minor Victim 1 engaging in sexually explicit conduct. |

all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**COUNT 2**
**(Enticement of a Minor)**

Between approximately December 1, 2024 and December 29, 2024, in the State and District of Minnesota, the defendant,

**MICHAEL BENJAMIN THOMPSON,**

did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, and entice Minor Victim 1, an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, namely, Sexual Abuse in the Third Degree, in violation of Iowa Code § 709.4(1)(b)(2)(d), all in violation of Title 18, United States Code, Section 2422(b).

**FORFEITURE ALLEGATIONS**

Upon conviction of Count 1, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was

produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

Upon conviction of Count 2, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428, any property real or personal, used or intended to be used to commit or to facilitate the commission of the offense, and any property, real or personal, that constitutes or is derived from proceeds traceable to the violation.

Upon conviction of either Count 1 or 2, the property subject to forfeiture includes, but is not limited to, the following items seized by law enforcement on or about April 24, 2025:

a. Apple Macbook A2159, serial number FVFZ9AXL404;

b. Apple Macbook A1278, serial number D92G9E00DRJ7 with cracked screen;

c. iPod A2178, serial number F6KGK1EDM939;

d. Google Pixel 7 Pro in black case; and

e. Memorex 64 GB thumbdrive.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

| | |
|---|---|
| ACTING UNITED STATES ATTORNEY | FOREPERSON |